

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2026

CLERK, U.S. DISTRICT COURT

By
　　　Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH BISON, JR. (01)
ERNESTO ALONZO GONZALEZ (02)
MAURICIO ENRIQUE HERNANDEZ (03)

Case No. 4:26-MJ-196

## CRIMINAL COMPLAINT

I, Travis McClure, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Offense:**

Beginning on a date unknown but no later than in and around December 2025 and continuing until in and around February 2026, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Robert Bison, Ernesto Alonzo Gonzalez,** and **Mauricio Enrique Hernandez,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

**Probable Cause:**

1.      On or about December 9, 2025, Investigators with the Drug Enforcement Administration (DEA) Fort Worth District Office (FWDO) conducted a buy/operation at the Super 8 Motel located at 402 E Palace Pkwy, Grand Prairie, TX, 75050. During this operation, Investigators utilized a Weatherford Police Department Confidential Source (CS).

Criminal Complaint - Page 1 of 8

It should be noted that this CS has provided credible information and has been utilized in the recent past during an operation where Investigators were able to seize a large quantity of methamphetamine due to the CS's information.

2.      On or about December 9, 2025, the CS, at the direction of Investigators coordinated with BISON for a one (1) kilogram of methamphetamine transaction. Once the CS arrived at the meet location, BISON was observed arriving in a black Honda Accord (TXLP# THR5096). A check for registration information on the vehicle showed BISON as the registered owner. Furthermore, BISON was observed to be the sole occupant of the vehicle.

3.      The CS was instructed by BISON to follow him (BISON) to the La Quinta Inn (380 E Palace Pkwy, Grand Prairie, TX). Once they arrived at the La Quinta, the CS was instructed to wait in the parking lot. BISON was then observed by surveillance units driving to the Super 8 Motel (402 E Palace Pkwy, Grand Prairie, TX), entering the second floor and then exiting and going back to his vehicle. Investigators on surveillance observed BISON's jacket appeared bulky, as if BISON was concealing something in the jacket. BISON was then observed driving in the parking lot between the La Quinta Inn and the Super 8 Motel.

4.      The CS advised that BISON parked next to them where they could observe BISON opening his driver door and placing a bag under the driver side tire of a pickup truck parked in the lot. BISON then called the CS and advised the CS where he placed the bag containing the methamphetamine.

**Criminal Complaint - Page 2 of 8**

The CS drove over to the area of the parking lot where BISON instructed the CS to retrieve the bag. The CS then retrieved the bag from behind the driver side tire of the pickup truck and left the area.

5.  The CS was followed back to the pre-arranged site where Investigators completed a debrief. TFO T. McClure retrieved approximately one (1) kilogram of methamphetamine from the CS' vehicle. The suspected methamphetamine was later transported to the DEA South-Central Laboratory and TFO Travis McClure has since received an analyst report yielding a positive result for methamphetamine.

6.  On or about December 11, 2025, TFO Nathan Silva and TFO Travis McClure met with hotel management at 402 East Palace Parkway, Grand Prairie Texas (Super 8 by Wyndam). Security footage from December 9, 2025, a male, identified as Robert BISON, walk into the hotel's second floor and being let in by a Hispanic male, later identified as Ernesto GONZALEZ. TFO Silva and TFO McClure observed BISON and GONZALEZ walk down the hall and into a second-floor room. Hotel management was able to quickly identify the room and indicated that GONZALEZ and his girlfriend have been staying at the hotel for an extended period of time. Hotel management identified the room as #XXX.

7.  On or about December 15, 2025, a state search warrant was executed for 402 E Palace Pkwy #XXX, Grand Prairie, TX, 75050. During the execution of the search warrant, while the residence was being secured, Investigators observed Ernest GONZALEZ and Sophia BORING were the only occupants of the residence. GONZALEZ was standing next to the exterior window of the residence.

8.    During the search of the residence Investigators observed the exterior window inside the residence was open, and two bags were laying on the ground outside, just below the exterior window. Investigators retrieved the bags containing approximately 8 kilograms of methamphetamine.

The suspected methamphetamine was later transported to the DEA South-Central Laboratory and TFO Travis McClure has since received an analyst report yielding a positive result for methamphetamine.

9.    During a post-*Miranda* interview, GONZALEZ admitted possession of the suspected methamphetamine that was located outside of the room under the exterior window. GONZALEZ stated that he had been living inside room #XXX for approximately a month and a half. GONZALEZ further admitted to selling narcotics from the room for the entire period he was residing at that room. GONZALEZ also advised Investigators that much of the methamphetamine that he obtains is facilitated by GONZALEZ contacting sources in Mexico.

10.    On or about February 3, 2026, a DPS Investigator advised TFO T. McClure that there was an operation set in place utilizing a TXDPS Confidential Source (CS) and TXDPS Undercover (UC) to complete a buy/walk on Robert BISON in Wise County, TX for approximately nine (9) ounces of methamphetamine. On the same date, TFO N. Silva, SA A. Versocki, and TFO T. McClure met with Wise County Investigators and TXDPS Investigators. Robert BISON was in contact with the TXDPS CS and agreed to meet the CS and UC at 195 TX-114 BUS, Rhome, Wise County, TX.

Criminal Complaint - Page 4 of 8

11.    Surveillance units were set in place at the new location, 195 TX-114 BUS, Rhome, Wise County, TX. BISON arrived at the new location prior to the CS and UC arriving to the location. BISON met with the UC and CS to complete the transaction. After the transaction was complete, the UC stated that BISON still had approximately one (1) kilogram of methamphetamine in his vehicle.

12.    Investigators on surveillance maintained visual of BISON after the transaction. BISON was observed driving recklessly by failing to maintain single lanes and driving on improved shoulder multiple times. At one point, TFO T. McClure observed Bison begin to take exit 64 on Interstate 35 (southbound) and swerve back into the main traveled lanes almost causing an accident due to the erratic driving behavior, causing vehicles to brake excessively to avoid a collision.

13.    A traffic stop was executed by Fort Worth PD Gang Unit on the exit ramp from IH-35 onto IH-820 westbound. During the traffic stop, BISON was found to be in possession of: a methamphetamine pipe containing methamphetamine, two clear plastic baggies containing suspected fentanyl powder, and an undetermined amount of U.S. currency in BISON's right pocket. A search of BISON's vehicle was conducted and approximately 735 grams of suspected methamphetamine was located inside. The suspected methamphetamine was later transported to the DEA South-Central Laboratory and since then, TFO T. McClure has been provided with an analyst report which yielded a positive result for methamphetamine.

14.    On or about February 3, 2026, Investigators with DEA FWDO, TXDPS, and Wise County Sheriff's Office received information from a TXDPS Cooperating Defendant (CD1) that Ernesto GONZALEZ was in possession of one kilogram of methamphetamine and furthermore, would be picking up another ten (10) kilograms of methamphetamine that same night. TFO T. McClure had been in contact with GONZALEZ due to the previous incident involving GONZALEZ being in possession of approximately eight (8) kilograms of methamphetamine in December 2025..

15.    TFO T. McClure contacted GONZALEZ by phone and advised GONZALEZ to meet with TFO T. McClure and TXDPS Investigator A. Wallace. GONZALEZ admitted to there being approximately one (1) kilogram of methamphetamine and marijuana inside his residence (XXXX Alouette Drive #XXX, Grand Prairie, TX). GONZALEZ granted Investigators verbal and written consent to search his residence. During the search of the residence Investigators located approximately 1700 grams of methamphetamine and an undetermined amount of U.S. currency.

16.    During a post-*Miranda* interview, GONZALEZ admitted to the possession of the methamphetamine located inside his residence. GONZALEZ also admitted to Investigators that the money located in the residence was proceeds of drug sales. GONZALEZ further admitted that he had taken possession of approximately twenty (20) kilograms of methamphetamine since the execution of the search warrant at his other residence on or about December 15, 2025.

17.     On or about February 3, 2026, Investigators with DEA FWDO, TXDPS, Wise County Sheriff's Office, and Fort Worth PD Gang Unit conducted a buy/bust operation in Fort Worth, TX with utilization of a Cooperating Defendant, hereinafter referred to as CD2. CD2 advised that he/she (CD2) could have approximately five (5) kilograms of methamphetamine delivered to the Fort Worth, TX area. The CD2 contacted a Mexico broker by phone. The broker stated that he would contact a courier to deliver the five (5) kilograms of methamphetamine. Shortly after, the broker contacted CD2 and provided the location of XXXX Decatur Ave, Fort Worth, TX for the drug transaction. The broker advised CD2 to contact him when CD2 arrived at the location. The broker provided the description of the courier's vehicle as a black Dodge Durango.

18.     Subsequently, a black Dodge Durango arrived at the meet location. CD2 then called the broker and advised the broker of new meet location in the attempt to have the Dodge Durango leave the parking lot. Shortly after, Fort Worth Gang Unit marked vehicles intercepted the Dodge Durango and conducted a traffic stop on the vehicle in the 3600 block of N Nichols St, Fort Worth, TX for no front license plate and no license plate lights. A consent to search of the vehicle was conducted. Inside the car investigators located a black bag containing 5 zip-lock type bags containing suspected methamphetamine. The suspected methamphetamine was later transported to the DEA South-Central Laboratory and since then, TFO T. McClure has been provided with an analyst report which yielded a positive result for methamphetamine.

19.    The driver and sole occupant of the vehicle was identified as Mauricio HERNANDEZ. During a post-*Miranda* interview, HERNANDEZ admitted to being in possession of the five (5) kilograms of methamphetamine.

20.    Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated above establish probable cause that the above-named defendants, and others known and unknown, have violated 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(A)).

Travis McClure, Affiant
Drug Enforcement Administration

Sworn to before me and subscribed in my presence on this 12TH day March 2026 at 10:27 a.m./ p.m., in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

**Criminal Complaint - Page 8 of 8**